### S. SHEMPER et al. v. W. S. SPEER.
### No. 31749.

Supreme Court of Mississippi, Division A.
May 27, 1935.

Heidelberg & Roberts, of Hattiesburg, for appellant.

Gex & Gex, of Bay St. Louis, and Currie & Currie, of Hattiesburg, for the State.

PER CURIAM.
Affirmed.

### Mrs. Irene NAIL v. W. P. BAILEY et al.
### No. 31747.

Supreme Court of Mississippi, Division A.
May 27, 1935.

Logan & Barbee, of Hernando, and Armstrong, McCadden, Allen, Braden & Goodman, of Memphis, Tenn., for appellant.

Burch, Minor & McKay, of Memphis, Tenn., and Holmes & Bowdre, of Hernando, for appellee.

SMITH, Chief Justice.

We are of the opinion that (1) the negligence vel non of the appellant was for the determination of the jury; (2) there is no reversible error, if error at all, in the appellees' instructions to the jury; and (3) the verdict cannot be said to be excessive within the governing rules.

Affirmed.